IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD A. ARNOLD, | : | Civil Action No. 4:13-cv-01605 |
| Plaintiff | : | (Judge Brann) |
| v. | : | |
| CONSTRUCTION SPECIALTIES, | : | (Magistrate Judge Blewitt) |
| Defendant. | : | |

**ORDER**

March 10, 2013

On September 24, 2013, Magistrate Judge Thomas M. Blewitt issued a Report and Recommendation in which he advised the Court to grant, with prejudice, defendant's motion to dismiss all claims. Plaintiff filed objections, so the Court reviewed <u>de novo</u> Magistrate Judge Blewitt's disposition. The Court is persuaded that Magistrate Judge Blewitt's Report and Recommendation should be adopted in its entirety.

NOW, THEREFORE, this 10th day of March, 2014, IT IS HEREBY ORDERED that the September 24, 2013 Report and Recommendation (ECF No. 6) is ADOPTED; the case is DISMISSED with prejudice. The Clerk of Court is

directed to close the case file.

                                      BY THE COURT:

                                      s/ Matthew W. Brann
                                      Matthew W. Brann
                                      United States District Judge